The People of the State of New York, Respondent,
against
Ronald Williams, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Shari Ruth Michels, J.), rendered March 16, 2017, convicting him, upon his plea of guilty, of assault in the third degree, and sentencing him to three years' probation.




Per Curiam.
Judgment of conviction (Shari Ruth Michels, J.), rendered March 16, 2017, affirmed.
Regardless of whether defendant made a valid waiver of his right to appeal, we perceive no basis for reducing the probationary sentence imposed on the third-degree assault conviction. Defendant was sentenced in accordance with his plea bargain, and should not now "be heard to complain that he received what he bargained for" (People v Fair, 33 AD3d 558 [2006], lv denied 8 NY3d 945 [2007], quoting People v Chambers, 123 AD2d 270, 270 [1986]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 14, 2019